# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

**No. 201700070**

————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**XANTH T. WILKINS**
Culinary Specialist Third Class (E-4), U.S. Navy
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Robert P. Monahan, Jr., JAGC, USN.
Convening Authority: Commanding Officer, Naval Station Norfolk, Norfolk, VA.
Staff Judge Advocate's Recommendation: Lieutenant Aaron J. Shepard, JAGC, USN.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 31 May 2017

————————————

Before MARKS, JONES, and GROHARING, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court